# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDGAR DOMINGUEZ JR., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| FREDDIE CAROL BAKER AND | § | |
| SHELTON TRANSPORTATION | § | |
| LINES, LLC | § | |
| | § | JURY |
| *Defendants*. | | |

## INDEX OF MATTERS BEING FILED

Exhibit A:   Index of Matters Being Filed;

Exhibit B:   State Civil Docket Sheet in the State Court Action;

Exhibit C:   Plaintiff's Original Petition and Request for Disclosure, Interrogatories, Request for Production, and Request for Admissions;

Exhibit D:   Executed Service of Process upon Defendants;

Exhibit E:   Defendants' Original Answer to Plaintiff's Original Petition and Request for Disclosure; and

Exhibit F:   List of Counsel of Record and Parties Represented.

2534521v1
10336.018