United States District Court
Southern District of Texas
**ENTERED**
November 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDGAR DOMINGUEZ JR., | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-858 |
| FREDDIE CAROL BAKER, *et al*, | § |
| Defendants. | § |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 7th day of November, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE